# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-2390
_____

JENNIFER RODRIGUES,

Appellant,

v.

GEFFRIED JOHNSON,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 24, 2021


PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Daniel Phillips, Tallahassee, for Appellant.

Geffried Johnson, pro se, Appellee.